UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RANDALL CLARK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 22-cv-10931-ADB |
| | * | |
| ZWICKER & ASSOCIATES, P.C., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

Plaintiff Randall Clark, proceeding *pro se*, filed a complaint on June 22, 2022. [ECF No. 1]. At that time, the $402 filing fee was paid. [ECF No. 3]. The Clerk issued summonses in accordance with Rule 4 of the Federal Rules of Civil Procedure and the United States District Court for the District of Massachusetts Local Rules. [ECF No. 4]. The Court's records indicate that plaintiff's filing fee check was returned for insufficient funds.

Under the Miscellaneous Fee Schedule approved by the Judicial Conference of the United States, in accordance with 28 U.S.C. §1914, an additional fee of $53.00 for each returned check must be charged in addition to the original payment of $402.00.

Accordingly, plaintiff must either (1) pay the $455.00 or (2) move for leave to proceed without prepayment of the filing fee. If plaintiff elects to make payment, the sum of $455.00 must be paid in the form of a money order or bank check payable to the Clerk, U.S. District Court. If plaintiff elects to seek *in forma pauperis* status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed *in forma pauperis*. The

Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

Failure of plaintiff to timely comply with this directive within 21 days of the date of this Order may result in the dismissal of this action.

**SO ORDERED.**

July 20, 2022                                     /s/ Allison D. Burroughs
                                                  ALLISON D. BURROUGHS
                                                  U.S. DISTRICT JUDGE